AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GLOBAL CPE NETWORK, LLC, ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> WESTERN CPE, LLC, ) <br> ) <br> ) <br> ) <br> *Defendant(s)* ) | Civil Action No. 8:17-cv570 T17MAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  WESTERN CPE, LLC
c/o Vern Hoven, Registered Agent
243 Pegasus Drive
Bozeman, Montana 59718

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian T. McElfatrick, Esq.
Bush Ross, P.A.
1801 N. Highland Avenue
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR - 9 2017

*Signature of Clerk or Deputy Clerk*